UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEKEMA GENTLES : | |
| *Plaintiff,* | |
| v. : | |
| THE BOROUGH OF POTTSTOWN; F. RICHARD DRUMHELLER, *The Borough of Pottstown Police Chief*; SHARON VALENTINE-THOMAS, *The Borough of Pottstown Mayor*; DANIEL WEAND, *The Borough of Pottstown President*; MARK FLANDERS, *The Borough of Pottstown Manager*; SGT. PONTO, *The Borough of Pottstown Police Officer*, OFFICER JEFFERY PORTOCK; OFFICER MARTIN; and, OFFICER UNRUH : : : : | CIVIL ACTION NO. 19-0581 |
| *Defendants.* | |

**ORDER**

AND NOW, this 26th day of August 2019, it is hereby ORDERED as follows:

(1) Defendants Drumheller, Valentine-Thomas, Flanders, Martin and Pronto are hereby DISMISSED from the above-captioned matter;

(2) Defendants' Motion to Dismiss (ECF No. 16) is GRANTED in accordance with this Court's accompanying Memorandum; and,

(3) Plaintiff is granted LEAVE TO AMEND. In the event Plaintiff elects to file an Amended Complaint, he shall do so **on or before September 23, 2019**.

BY THE COURT:

/s/ C. Darnell Jones, II   J.