UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEKEMA GENTLES : | |
|     *Plaintiff,* | |
| v. : | |
| JEFFREY PORTOCK, *the Borough of* | |
| *Pottstown Police Officer(s), sued in both* : | CIVIL ACTION |
| *personal and official capacities*; | NO. 19-0581 |
| UNRUH, *the Borough of* | |
| *Pottstown Police Officer(s), sued in both* : | |
| *personal and official capacities*; and, | |
| UNIDENTIFIED OFFICER, *the Borough of* | |
| *Pottstown Police Officer(s), sued in both* : | |
| *personal and official capacities* | |
|     *Defendants.* | |

## **ORDER**

AND NOW, this 29th day of September 2022, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 52); Defendants' Statement of Undisputed Material Facts (ECF No. 53); Plaintiff's Opposition to Defendants' Motion (ECF No. 56); Defendants' Response to Plaintiff's Concise Statement (ECF No. 57); and, Plaintiff's Sur-Rebuttal to Defendants' Objections to Plaintiff's Disputed Material Facts (ECF No. 58), it is hereby ORDERED as follows:

    (1) Defendants' Motion (ECF No. 52) is GRANTED;

    (2) Judgment is GRANTED IN FAVOR OF DEFENDANTS PORTOCK and UNRUH and AGAINST PLAINTIFF SEKEMA GENTLES;

    (3) Plaintiff's Motion to Expedite Disposition (ECF No. 59) is DENIED as Moot; and,

    (4) The Clerk of Court shall mark this matter CLOSED.

                                                                               BY THE COURT:

                                                /s/ C. Darnell Jones, II   J.